File In Record
JK/2

(1.)

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 10 2005

LORETTA G. WHYTE
Clerk

Keith Kisack #27071-034
United States Penitentiary
P.O. Box-2099
Pollock La. 71467

Nov. 5, 2004

Honorable Judge Kurt D. Engelhardt
United States District Court "Sec. N"
500 Poydras St.
New Orleans La. 70130

Re: Case No. cr.00-172
Reconsideration of
Sentence          N(1)

Dear Judge Engelhardt,

How are you doing? I pray this notation reaches doing well, in all (3) Three Metaphysics States well i.e. Mentally, Physically, and Spiritually.

In Addition, I am writing this letter in regards to my current circumstances. However, Your Honor, I pray that you, and this honorable court take in to high consideration, and acknowledge the importance of my situation. Moreless, Your Honor, I will try to be as brief as possible which after reading, and distinguishing the facts, I trust that this letter will captivate your attention in a positive way.

Moving On, Your Honor, On Feburary 7, 2001 I was convicted in relation to federal firearm law violation of 922(g)(1) 924(A)(2) and sentence to serve 96 months from this honorable court along with (3) Three other (Co-Defendents), in the event who only received sentences for such time as 27mo., 37mo, 46mo.

Fee ____
Process ____
X Dktd ____
X CtRmDep ____
Doc. No. ____

while I received the harsh(in) due to 2 Prior convictions. Unknowledgeable to the facts, and the circumstances in one of my priors; I was sentence to what the Judge at that time thought was best. Which not to try to Give you, Your Honor a misconception like I was in my past life Mr. DO RIGHT. However, I did in fact make several mistakes, and I have been punished for that. But at any rate, I feel I am obligated to bring the following information to your attention Your Honor.

FutherMore, In, or On December 4, 1997 I was arrested, and charged with Conspiracy, Arm Robbery, and one count of Simple Kidnapping on the (so call) victim Eugene Ellis, or Troy Ellis. On October 4, 1999 I plead guilty because of the seriousness of the charge, and I feared the out-come of being in prison the rest of my Life. Despite, my attornies did not want present the information the defense had ascertained about Mr. Ellis, and the way he had taken people liberty, and careers for granted.

Although, I lacked much knowledge about how to get this information out, I still felt it was important that people like you, Your Honor should know the kind of games that these (so call) thugs are playing to extort, and jeopardize people's careers. Your Honor, This guy Ellis had accused me, and to other gentlemen of robbing, and kidnapping him along with conspiring to robb a store he (so call) worked at. However, I kept explaining to everybody that the guy Ellis was lie-ing etc. To Add, no one really

(3.)

believed me. Yet, Doubts started after he was arrested by the F.B.I./A.T.F. where Mr. Ellis accused, and made statements that (My Judge in the case) Judge Sharon Hunter was his auntee, that he will pay her to dismiss his charges <u>again</u>, and that because of his aunt he will get their jobs. Moreless, the Judge Sharon Hunter (State court) denied these allegations on her. Yet, allowed me to be convicted by this same man (Ellis) statements.

To Add, one day while serving my federal sentence. Mr. Ellis come to me crying in tears telling me how bad he felt that he had done such to me and the other 2 guys (Co-Defendants) and requested that I accept his apology etc. He then handed me an Affidavit, and encouraged me to submit it into the court as evidence he was lie-ing all along. Meanwhile, Mr. Ellis was back to his old tricks, but only with someone else. however, Mr. Ellis, and 2 others conspired and wrote the U.S. Attorney in Sheveport La. — Indicating that they had ascertain information from a murder that occured in the institution. Despite, he (Ellis) was not even at the institution when the murder occured. Yet, He Claimed that the suspect (Petty) had confess to him. Which was impossible, because the guy had no human contact after the murder occured. Only to say, Your Honor, this guy Ellis has a <u>history of Playing Games</u>. In spite, I was convicted in state court because of his allegations. — I was enhance in Federal Court by the prior which never did happen.

Your Honor, Since my incarceration, and sentence on Feb. 7, 2001. I have lost by death Two (2) Brothers Richard, and Leonard Kisack (R.I.P.) To ADD, my mother has taken sick, she lost one of her legs, and WITHSTOOD several strokes, and now from her old age, she's losing her eye sight. Moreless, my son Have recently made his 8yrs. old birthday, I am trying to be out there for them both. Whereas, my son, the most important person in my life; I am trying my best to be a father unlike a daddy to him. Despite, I can not bear, or may not know how to deal with another family death. Especially, my Mother, or Father. Your Honor, I pray that you and this Honorable Court Reconsider helping me. Your Honor, I promise that I have changed during my incarceration. Nevertheless, I am sending you a copy of the Affidavit, and Transcript's as proof to show You Your Honor that I am really sincere in all that I am speaking in letter to you. If however you re-sentence me without that prior conviction, or at least knock down some of the time I am serving, which is approximately 30 PLUS Months. I Promise to keep a good report and inform you weekly, or monthly of my progress, and to assure you, you have not made a mistake's; as I know I am a changed man. I Pray Your Honor, that you believe in me. I have goals, a job available today if you are to re-sentence me. Only to say, I am speaking to you directly from the heart. Your Honor, my mother is so sick I am really fearful that I have already had bad experiences (my Brothers)

MoreOver, the brown legal envelope contain the reality of all that I have mentioned about the Ellis guy keep Lie-ing on people. Your Honor, I DO not know the Law, or can find, or buy an attorney to assist me. So I am doing what I feel is the right thing to do; Let you know Your Honor. Your Honor, I PrAy that you assist me in a time reduction, or without that prior; again Your Honor, if you believe in me, I promise you will not be making a misterkes.

THANks For Your time, and patience Your Honor. I Will end this letter, and ask that you please inform me of your disposition

Respectfully Submitted
By; Keith Kisack
Keith Kisack #27071-034
United States Penitentiary
P.O. BOX-2099
Pollock La. 71467

A F F I D A V I T

March 27, 2002

I _Eugene Ellis_, on or around Dec. 4, 1997 approximately 8:00 to 9:00 pm contacted the police headquarters (911) regarding an incident that I've claimed happen.

During that event, I provided officer Paul Bourgeois with substantial information that involved, and lead to the arrest of, a Mr. Keith Kisack, Vernon Ruffin, and later, a Mr. Gregory Green. See, case number 403-642.

It is because of my conscious that I am about to provide the following information. Pleas note; I am not being bribed, coerced, persuaded or threaten, etc. However, I am completely dissatisfied regarding the disposition of the above forementioned circumstances and the way my lying (making false allegations) has destroyed and affected these peoples' lives.

In Addition, these guys did not rob or take anything from me. They never planned to rob the place of business where I was employed on 12-4-97. I simply made this story up and as a result, I pray that this truth will do them some good. This information is being sent to the court with hopes that it will serve as ascertained herein for justice in the practice of law.

Moreover, none of the information I provided on December 4, 1997 happen. I was being selfish and insensitive for personal benefits in a situation that occurred between myself and others.

I would very much like to discuss this matter further in hope of clearing up any doubts the above confession leaves to wonderment.

Respectfully Submitted

_Eugene Ellis_

I swear under pain of perjury that the above statement is true and the signature is in my hand, above an below.

_Eugene Ellis_

1   Mr. Ruffin.
2   **MS. SCAVIETTA:**
3       Similarly for Mr. Kisack.
4   **THE COURT:**
5       As to Mr. Kisack, it is the sentence of
6   this Court that Mr. Kisack serve 22 months
7   in the Department of Corrections on each
8   count. The 22 months is to run concurrent
9   with each other and concurrent with any and
10  all other time that he may be serving. The
11  Court notes that Mr. Kisack does not have a
12  parole hold, we're going to note that on
13  the commitment form and send that through
14  to the Sheriff's Office for them to make
15  the appropriate corrections. He is to
16  receive, again, credit for any and all time
17  served and this is to run concurrent with
18  each other and any other time that they may
19  have in the computer just so we don't have
20  a glitch. The State has agreed not
21  multiple bill Mr. Kisack.
22  **THE COURT:**
23      Now as to the second issue.
24  **MS. SCAVIETTA:**
25      Earlier this morning I made Your Honor
26  aware of allegations that were made by the
27  complaining witness, Troy Ellis, in this
28  case concerning Your Honor. Do you want me
29  to put the substance of those on the
30  Record?
31  **THE COURT:**
32      Uh-huh (affirmative response).

9

**MS. SCAVIETTA:**

During the course of arrest of Mr. Ellis' arrest on narcotis and firearm violations, Ellis told police officers that -- and now I'm actually quoting from the police report filed in that case. He told police officers that Judge Sharon Hunter, a Criminal District Court judge, was his aunt and that he would pay her again to get his charges dismissed. And he further told the officers that he would get their jobs because of Judge Hunter and that they didn't know who they were messing with.

I brought that to Your Honor's attention this morning for a variety of reasons. First, although didn't credit those allegations, I felt an obligation as counsel to inquire as to whether there was in fact a familial relationship between Your Honor and the complainant. Your Honor indicated that there was not. And further, we brought it to the attention of the Court and the State because we thought it was relevant in their assessment of who the complainant was in this case and whether or not he was truthful and whether or not the State thought this was a complainant who they should vouch for by putting him on the witness stand and asking a jury to convict and then sentencing people to very long prison terms based on Mr. Ellis' allegations; which by the way were in the

case of Mr. Kisack completely unsupported by any other physical evidence or identification evidence or statement evidence. So it was just the word of Troy Ellis as I said earlier is -- I don't think pathological liar is too strong.

**THE COURT:**

Let the Record reflect that Ms. Scavietta approached the Court this morning, on the morning of trial with what information had come to her attention. And let the Record further reflect that while asked to do this in chambers, this Court had, in fact, seen a copy of the police report. And, of course, knowing that none of the allegations made by Mr. Ellis are true, but we could not and would not take the liberty of holding an in camera or in our chambers discussion of this matter. And it is very serious. It's serious as to these gentlemen's rights and it's serious to this Court. And certainly defense counsels have an obligation to represent their client. And if there is a need to ascertain some facts in thiere representation of this client, this Court in no way wants to thwart back. But at the same time this Court is not going to shy away against allegations made against it. Just for the Record, Mr. Ellis is not my nephew. My nephew is three-years old in Austin, Texas, and is non-verbal at this

```
 1   point.  Actually, he is going to therapy to
 2   speak.
 3        Let the Record further reflect that not
 4   only is Mr. Ellis not a relative of this
 5   Court, this Court, other than the last time
 6   this matter came to trial and was very
 7   interested in seeing this gentleman who had
 8   made these allegations, did not recognize
 9   ever seeing Mr. Troy Ellis.  This Court is
10   not familiar with any of his past dealings
11   and/or involvements with the law.  And
12   certainly did not make any efforts or any
13   attempts or any calls relative to the
14   charge in which he was arrested and made
15   those allegations.  And while we think we
16   exercise great restraing because we, in
17   fact, wanted to know who this guy was, yet
18   we didn't want to get involved in whatever.
19   We left that to the appropriate agencies,
20   be that the State of Louisiana or the
21   Federal Government should make their
22   inquiries and ascertan such.  This Court
23   has not been contacted by anybody in regard
24   to this.  And the only question that we
25   had, because this has been outstanding for
26   quite some time, was the timeliness of
27   bringing it to the Court's attention if
28   that in anywhere at all was a question that
29   any defense counsel had.  We could have
30   addressed it, we didn't want it to delay
31   whatever we needed to do in this court.
32   But we do, however, have one other question
```

to ask: Before finding out about this or since finding out about this, we want to find out whether or not anybody, meaning defense counsel or any witnesses to defense in any case believes that in any way this Court denied them any rights that they may have had regarding the case that they were standing before the Bar on?

**THE DEFENDANTS:**

No, ma'am.

**MS. SCAVIETTA:**

No, Your Honor, I never meant to imply, and I don't think I did, that I gave any credit to these allegations or that I felt that Your Honor treated either myself or my client in any unfair way based on this kind of situation. No, not at all. That was my point in just trying to bring it up in chambers. I didn't --

**THE COURT:**

And I appreciate that. I just want you -- everybody to understand that that may have been the easy way. But this Court believes that people's liberty is important, it's extremely important and we do 95 percent of what we do in court on the Record for that reason. And though this involves this Court, and you have to understand that it very much upsets us. But nonetheless, it was not true and these gentlemen had a right to confront any and all of their accusers, whomever they may

```
 1   have been even if there was a possibility.
 2   We always say that, we always say that
 3   liberty is important and they, likewise,
 4   have their respective rights.  But even
 5   though it involved this Court, this Court
 6   believes that it has answered their
 7   questions and questions posed by their
 8   counsel as well.  And that we shouldn't run
 9   behind any doors to do that.  That's -- I
10   appreciate it, but I didn't need it,
11   because I don't know this slob -- and put
12   that on the Record.  Any further inquiries
13   form anyone?
14   MS. SCAVIETTA:
15       Nothing further, Judge.
16
17
```

14

# C E R T I F I C A T E

I, STACIE E. DAVIS, CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA, HEREBY CERTIFY THAT THE FOREGOING 14 PAGES ARE TRUE AND ACCURATE AND WERE TRANSCRIBED TO THE BEST OF MY ABILITY AND UNDERSTANDING OF THE BOYKIN WHICH WAS HELD ON THE 4TH DAY OF OCTOBER, 1999, BEFORE THE HONORABLE SHARON K. HUNTER.

OFFICIAL SEAL
STACIE E. DAVIS
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 2006?
Certificate expires 12-31-02

*Stacie E Davis*
STACIE E. DAVIS, CCR, CVR
CERTIFIED COURT REPORTER

Keith Kisack #27071-034
United States Penitentiary Pollock
P.O. Box 2099
Pollock, La. 71467

LEGAL MAIL

Directed to:

Honorable Judge Kurt D. Engelhardt
EASTER DISTRICT of LOUISIANA
UNITED STATES DISTRICT COURT
Section "N"
500 Poydras Street
[New Orleans, LA.] 70130

70130+3333

