UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00CR172** |
| **KEITH KISACK** | **SECTION "N"** |

### ORDER

The Court has received two related letters from Mr. Kisack dated November 5, 2004, and February 23, 2005. *See* Rec. Doc. Nos. 144-145. The letters in part address two pending requests for post-conviction relief previously submitted by Mr. Kisack. The Court anticipates issuing a ruling on those requests before the end of this month.

The letters also appear to request relief from Mr. Kisack's sentence based on information received by him sometime in the spring of 2002 from Mr. Eugene Ellis. The information apparently concerns Mr. Kisack's 1999 conviction in the Criminal District Court for the Parish of Orleans, State of Louisiana, Case Number 403-642.

To enable the Court to determine what action shall be taken with respect to this additional request for relief, as it is set forth in Mr. Kisack's letters, **IT IS ORDERED** that the Clerk of Court promptly serve a copy of the Mr. Kisack's letters (Rec. Doc. Nos. 144-145), and this Order, on the United States Attorney for the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that, on or before Friday, July 1, 2005, the United

States Attorney for the Eastern District of Louisiana shall file an answer containing a written statement of the Government's position concerning Mr. Kisack's additional request for relief, as well as a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, this <u>16th</u> day of June 2005.

_____
UNITED STATES DISTRICT JUDGE