KEITH KEROCK #27071-034
U.S.P. MARION
P.O. BOX-1000
MARION, IL. 62959

2-23-05

Hon. Judge Kurt D. Eagelhardt
Eastern District of Louisiana
United States District Court Sec. "N"
500 Poydras Street
New Orleans LA. 70130

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN 10 2005
LORETTA G. WHYTE
Clerk

Re: 00-CR-172 N
RECONSIDERATION
OF SENTENCE/STATUS
On § 2255

Dear Your Honor,

I pray this missive reaches your hands personally. However, I also hope everything is well. I am writing this letter for both following reasons i.e. request that you reconsider sentencing me / to determine my status of my § 2255

In addition, in late 2004 - I've submitted a letter to you along with evidence from prior (state) transcripts, and an affidavit indicating I've been enhanced for a non-existing offense in which I was actual innocent of. Nevertheless, I presented this information that your honorable court may be aware of the subject that the so call victim has alleged non existing offense's on me, three other people along with claiming to be related to the Orleans Parish Criminal District Judge Sharon Hunter Despite, this was the same judge who handle the

(1.)

(2#)

IT IS WELL KNOWN THAT THE WORLD WHICH WE LIVE DOES NOT BASE ITS FINDINGS EXCLUSIVELY ON REALITY, OR NATURAL LAWS. WHICH THE EXPLANATION OF ANY REALITY DEPENDS ON, AND CAN BE NO BETTER THAN OUR UNDERSTANDING OF THAT REALITY. (Fundamental to understanding is knowledge.) FLAWS IN KNOWLEDGE MUST RESULT IN FLAWS IN UNDERSTANDING; SUCH FLAWS WILL ALWAYS BE MIRRORED IN OUR EXPLANATIONS OF REALITY. THIS DEFECTIVE FRAME OF MIND FILTERS WHAT WE SEE, HOW WE SEE THINGS, AND WHY WE SEE THINGS WHICH RULES OUR ACTION... IN THE CURRENT EVENT, EIGHTER JUDGE SHARON HUNTER, OR (VICTIM) EUGENE ELLIS DID NOT THINK THIS INFORMATION WILL BE BROUGHT TO THE LIGHT OF THE FEDERAL DISTRICT Court YOUR HONOR.

 FURTHERMORE, IT WAS DUE TO THIS PRIOR CONVICTION THAT I WAS ENHANCED IN FEDERAL DISTRICT COURT; ONLY MONTHS LATER – EUGENE ELLIS (SO CALL VICTIM) PRESENTED AN AFFIDAVIT TO ME BEING APOLOGETIC FOR FALSIFYING INFORMATION TO ORLEANS PARISH POLICE DEPARTMENT, AND REQUESTED THAT I FORGIVE HIM FOR MESSING UP MY LIFE. HOWEVER, I SENT THIS INFORMATION TO THE APPROPRIATE COURT AND FILED A HABEAS CORPUS ALONG WITH INFORMING YOUR COURT YOUR HONOR. MORELESS, DUE TO THIS MISFORTUNE YOUR HONOR, I PRAY THIS HONORABLE COURT DEPART FROM MY INITIAL SENTENCE, AND IMPOSE THE NECESSARY SENTENCE ON ME WITHOUT THE ABOVE FOREMENTIONED CONVICTION.

(2)

MOVIN ON, IN MID 2002 I'VE FILED A §2255 HOWEVER, APPROXIMATELY 2 YEARS LATER AFTER NOT HEARING FROM THE COURT. I'VE FILED AN OTHER §2255 ONLY TO LEARN THAT MY INITIAL §2255 WERE STILL PENDING WITHOUT DESPOSITION ON A RULING. THEREFORE AFTER THE GOVERNMENT FILED AN OPPOSITIONAL MOTION TO DISMISS MY SECOND §2255 — I'VE IMMEDIATELY FILED TO THIS Honorable COURT TO SUPPLEMENT MY MOTION TO MY INITIAL MOTION IN 2004 (June). THIS HONORABLE HAS RESPECTED THE LAW, AND HAS DONE WHAT WAS APPROPRIATE.

CONCLUSION, YOUR HONOR I PRAY THAT YOU RECONSIDER SENTENCING ME. I'VE HOWEVER DURING MY INCARCERATION HAVE REFORM, AND GOTTEN MY PRIORITIES TOGETHER. NEVERTHELESS, I'VE ALREADY LOST 2 BROTHERS, AND A SISTER. MY PARENTS (BOTH) IS OLD IN AGE, AND CURRENTLY SUFFER WITH MEDICAL ISSUES e.g. MY MOTHER HAS LOST A LEG A FEW MONTHS AGO, AND OVER WENT SEVERAL CRITICAL MEDICAL EXPERIENCES DUE TO HER ILLNESS, AND MEDICAL COMPLICATIONS. PLUS, I AM A FATHER AND MY FAMILY NEEDS ME MORE IN THEIR LIFE THAN EVER. PLEASE, YOUR HONOR, I PRAY THAT YOU ACCOMMODATE MY MISFORTUNE, AND TRUST THAT YOU WILL HAVE NO REGRETS BY GIVEN ME A CHANCE. I KNOW I HAVE MADE MANY MISTAKES IN MY LIFE, BUT I HAVE NEVER REALLY BEEN THREW HALF OF THE STUFF I FACED IN THE LAST 5 YRS. — BELIEVE IN ME, AND YOU WON'T HAVE NO REGRETS

RESPECTFULLY

(3.)