FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 23 AM 10: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| KEITH KISACK | * | |

\* \* \*

**GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM
TO EXTEND TIME TO RESPOND TO PETITIONER'S LETTERS**

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect requests an extension of time to file its response to Keith Kisack's request for collateral relief in the form of two letters to this Court.

The underlying proceeding was not prosecuted by undersigned counsel for the government. Additional time is needed to review the government's file, which has been requested from the Federal Records Center but has not yet arrived, particularly with respect to the factual history of the case.

1

**WHEREFORE**, for the aforementioned reasons, the government hereby requests a 30-day extension of time to file its response, until August 1, 2005, to Keith Kisack's two letters requesting collateral relief.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
DIANE HOLLENSHEAD COPES
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, LA  70130
Telephone: (504) 680-3029

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon pro se defendant, by mailing same, properly addressed and postage prepaid, this 23rd day of June, 2005.

_____
Assistant United States Attorney