FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 28 A 8: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| KEITH KISACK | * | |
| | * * * | |

O R D E R

Considering the foregoing;

**IT IS ORDERED** that the Government's Motion for Extension of Time to respond to Keith Kisack's two letters is **GRANTED** in part; the government's response is now due to the court on July 21, 2005.

New Orleans, Louisiana, this 27th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE