UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-172 |
| KEITH C. KISACK | SECTION "N" |

J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated June 28, 2005; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that petitioner, Keith C. Kisack's Motions under 28 U.S.C.§2255 to Vacate, Set Aside, or Correct Sentence (Rec. Doc. Nos. 115 and 129) are DENIED.

New Orleans, Louisiana, this  29th  day of June, 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE