

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-172 |
| KEITH KISACK | SECTION "N" |

### JUDGMENT

For the reasons set forth in the Court's Order dated July 26, 2005; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that petitioner, Keith Kisack's instant request for relief under 28 U.S.C.§2255 (Rec. Doc. Nos. 144-145) is time-barred and petitioner's motion is DENIED.

New Orleans, Louisiana, this 6th day of February, 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____